NUMBER 13-06-456-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE: WILLIAM DAVID MICK


__________________________________________________________________


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, William David Mick, filed a petition for writ of mandamus in the above
cause on August 18, 2006. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is
denied. See Tex. R. App. P. 52.8(a).

 PER CURIAM



Memorandum Opinion delivered and 

filed this 22nd day of August, 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).